1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                    )
                                                )
9                     Plaintiff,                )
                                                )
10                    v.                         )            2:09-CR-057-RLH (GWF)
                                                )
11  WILLIE ALLEN DILLARD,                        )
                                                )
12  _____ Defendant.  )

13                    **PRELIMINARY ORDER OF FORFEITURE**

14          This Court finds that on March 9, 2011, defendant WILLIE ALLEN DILLARD pled guilty

15  to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a

16  Firearm, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

17          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

18  America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

19  Criminal Indictment and the offense to which defendant WILLIE ALLEN DILLARD pled guilty.

20          The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

21  924(d)(1) and Title 28, United States Code, Section 2461(c):

22              a.      a .25 caliber Phoenix Arms Raven semi-automatic handgun, serial number

23                      3221402; and

24              b.      any and all ammunition.

25          This Court finds the United States of America is now entitled to, and should, reduce the

26  aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of WILLIE ALLEN DILLARD in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

. . .

. . .

. . .

. . .

. . .

2

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3  following publication of notice of seizure and intent to administratively forfeit the above-described

4  property.

5       DATED this 11th day of _____March_____, 2011.

6

7

8

9                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1

**PROOF OF SERVICE**

2        I, Heidi Skillin, certify that the following individuals were served with copies of the

3    Preliminary Order of Forfeiture on March 10, 2011 by the below identified method of service:

4
        Electronic Filing
5
        Richard F. Boulware
6        Federal Public Defender
        411 E. Bonneville, Suite 250
7        Las Vegas, NV 89101
        Richard_Boulware@fd.org
8        *Counsel for Willie Allen Dillard*

9

10                              /s/ HeidiSkillin
                                HEIDI SKILLIN
11                              Forfeiture Support Associate Clerk

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4