UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>WILLIE ALLEN DILLARD,<br><br>       Defendant. | Case No. 2:09-cr-00057-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 94 |

   Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Resentencing Hearing currently scheduled on August 10, 2020 at the hour of 11:00 a.m., be vacated and continued to September 8, 2020, at 2:00 p.m.

   DATED this 6th day of August, 2020.

                                                                                         _____
                                                                                         UNITED STATES DISTRICT JUDGE

3