# UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

                   Plaintiff,

v.

Willie Allen Dillard,

                   Defendant.

JUDGMENT

Case Number: 2:09-cr-00057-JAD-GWF

(Related case: 2:19-cv-00455-JAD)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's amended motion to vacate under 28 U.S.C. § 2255 is granted in part and denied in part: it is denied as to the *Rehaif* claims but granted as to the *Johnson* claim.

| | |
|---|---|
| 7/8/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |