JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIE ALLEN DILLARD,<br><br>        Defendant. | Case No. 2:09-CR-00057-JAD-GWF<br><br>**Stipulation To Dismiss Petition ECF 109 Without Prejudice and Continue Defendant on Supervised Release** |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for WILLIE ALLEN DILLARD, ("Dillard"), that the supervised release revocation hearing in the abovementioned case, which is currently scheduled for August 18, 2022 at 11 am be vacated for the following reasons:

      1.    United States Probation Officer Matthew Martinez has advised that Dillard has successfully completed treatment through the Freedom House and all his drug tests subsequent to the May 18, 2022 hearing have been negative. At the request of

PO Martinez, the government requests that the Petition alleging various supervision violations, ECF 109, be withdrawn and dismissed without prejudice.

2. The parties jointly request that Dillard be continued on supervision with all of the same conditions previously imposed.

3. The defendant is not incarcerated. He waives any right he has to an in-person hearing on August 18, 2022, at 11 am, does not object to dismissal without prejudice of the Petition, ECF 109, and agrees that he should be allowed to continue on supervised release, subject to all the previously imposed conditions.

DATED this 17th day of August, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIE ALLEN DILLARD,<br><br>　　　　　Defendant. | Case No. 2:09-CR-00057-JAD-GWF<br><br>**(Proposed) Order Dismissing Petition ECF 109 Without Prejudice and Continuing Defendant on Supervised Release** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. United States Probation Officer Matthew Martinez has advised that Dillard has successfully completed treatment through the Freedom House and all his drug tests subsequent to the May 18, 2022 hearing have been negative. At the request of PO Martinez, the government requests that the Petition alleging various supervision violations, ECF 109, be withdrawn and dismissed without prejudice.

2. The parties jointly request that Dillard be continued on supervision with all of the same conditions previously imposed.

3. The defendant is not incarcerated. He waives any right he has to an in-person hearing on August 18, 2022, at 11 am, does not object to dismissal without prejudice of the Petition, ECF 109, and agrees that he should be allowed to continue on supervised release, subject to all the previously imposed conditions.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the August 18, 2022, sentencing hearing in the above-captioned revocation matter is vacated and the Petition, ECF 109, is withdrawn and dismissed without prejudice. The defendant is continued on supervised release with all of the previously imposed conditions.

DATED this 17th day of August 2022.

_____
HONORABLE JENNIFER A. DORSEY
United States District Court Judge